FILED

01/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0614

IN THE SUPREME COURT OF THE STATE OF MONTANA
**************************
Case No. DA 21-0614
**************************

STATE OF MONTANA,                    )
                                     )
        Plaintiff and Appellee,      )
                                     )
v.                                   )
                                     )
CHRISTOPHER I. TOULOUSE,             )
                                     )
        Defendant and Appellant.     )

**************************************
**ORDER**
**************************************

Upon consideration of Appellant's Motion for Extension of Time, and good cause appearing,

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time to and including February 21, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 17 2023